Michael R. Reese (State Bar No. 206773)
*mreese@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York  10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiff Brittany Stanton*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BRITTANY STANTON, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SARGENTO FOODS INC.,<br><br>Defendant. | Case No. 3:17-cv-02881-EDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL CIVIL PROCEDURE RULE 41(a)(1)(A)(i)** |

1     PLEASE TAKE NOTICE THAT plaintiff Brittany Stanton, through her undersigned

2 counsel, hereby voluntarily dismisses with prejudice her above-captioned action pursuant to

3 Federal Civil Procedure Rule 41(a)(1)(A)(i).

                                                Respectfully submitted,

Date: August 13, 2020                 By:  /s/ *Michael R. Reese*
                                                   Michael R. Reese